IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-mj-0049-004- SMS |
| Plaintiff, ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48 (a)) |
| v. ) | |
| RUBEN CESADA SAMUDIO, ) | |
| Defendant. ) | |

O R D E R

GOOD CAUSE APPEARING, and based on an oral motion in court by Assistant U.S. Attorney Laural Montoya, the Criminal Complaint in the above-entitled case shall be dismissed without prejudice and any outstanding warrant related to this case shall be recalled. Defendant is ORDERED RELEASED forthwith.

IT IS SO ORDERED.

**Dated:   March 10, 2006**          /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE

1